*Certiorari Denied.* (*See also supra, Nos. 87 and 156 and Misc. Nos. 17, 20, 22, 35, 49 and 70.*)

No. 55. LESSER *v.* SERTNER'S, INC. ET AL. C. A. 2d Cir. Certiorari denied. *Max R. Simon* for petitioner. *Michael M. Platzman* for respondents.

No. 57. VARGAS *v.* ESQUIRE, INC. C. A. 7th Cir. Certiorari denied. *Bernard Charles Schiff* for petitioner. *Edward R. Johnston* and *James A. Sprowl* for respondent.

No. 60. KAMMERER CORPORATION ET AL. *v.* McCULLOUGH. C. A. 9th Cir. Certiorari denied. *Frederick S. Lyon, Leonard S. Lyon* and *Mark L. Herron* for petitioners. *R. Welton Whann, A. W. Boyken, Robert M. McManigal, W. Bruce Beckley* and *Kelly L. Taulbee* for respondent.

No. 61. TURNER DAIRY Co. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *George F. Callaghan* for petitioner. *Solicitor General Perlman, Assistant Attorney General Bergson, Charles H. Weston, J. Stephen Doyle, Jr., Neil Brooks* and *Lewis A. Sigler* for the United States.

No. 62. SPINA ET AL. *v.* RING. C. A. 2d Cir. Certiorari denied. *Jonas J. Shapiro* and *Philip Wittenberg* for petitioners.

No. 64. UNITED STATES *v.* C. B. Ross Co., INC. Court of Claims. Certiorari denied. *Solicitor General Perlman* for the United States. *M. Carl Levine* and *David Morgulas* for respondent.